H.E. Elya **PEKER**, ABI Ambassador, Katrina Peker, Plaintiffs–Counter–Defendants–Appellants,

v.

**MASTERS COLLECTION**, Defendants–Counter–Claimant–Appellee,

**ABC Companies, and Persons Involved**, Defendant.

Docket No. 02–7237.

United States Court of Appeals, Second Circuit.

Sept. 25, 2002.

H.E. Elya Peker, pro se, Brooklyn, NY, for Appellant.

Robert M. Haroun, Sofer & Haroun, LLP, New York, NY; Joseph Sofer, on the brief, for Appellee.

Present JACOBS, POOLER, Circuit Judges, and BAER, * District Judge.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **IN PART VACATED AND REMANDED, AND IN REMAINING PART AFFIRMED.**

Plaintiffs-counter-defendants-appellants *pro se* Elya and Katrina Peker (collectively, "plaintiffs") appeal from a final judgment of the United States District Court for the Eastern District of New York (Gleeson, J.) ordering that plaintiffs "take nothing" of defendant Masters Collection ("Masters"), and imposing a "leave to file" sanction on plaintiffs.

Magistrate Judge Pohorelsky's report recommended entry of judgment for plaintiffs in the amount of $200, *Peker v. Masters Collection*, 98–CV–672(EHN)(VVP), at 6 (E.D.N.Y. Sept. 18, 2001), and Judge Nickerson adopted Magistrate Judge Pohorelsky's Report and Recommendations without exception, *Peker v. Masters Collection*, 98–CV–672, at 2 (E.D.N.Y. Oct. 22, 2001). Judge Gleeson denied plaintiffs' motion for reconsideration seeking additional relief without modifying the $200 award of damages, and the record does not indicate any reasons for denying recovery of that amount. *Peker v. Masters Collection*, 98–CV–672(JG) (E.D.N.Y. Feb. 6,

---

* The Honorable Harold Baer, Jr., District Judge of the United States District Court for the Southern District of New York, sitting by designation.

2002). The judgment is vacated in part and remanded for entry of a judgment in the amount of $200 in favor of plaintiffs.

The judgment is further vacated in part and remanded for reconsideration of the filing order after affording plaintiffs an opportunity to be heard in opposition if they wish.

The judgment is affirmed in remaining part. The parties shall bear their own costs.

All pending motions are hereby denied.

For the reasons set forth above, the judgment of the district court is hereby **IN PART VACATED AND REMANDED, AND IN REMAINING PART AFFIRMED.**